United States District Court
Southern District of Texas
**ENTERED**
October 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TROY OWEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 3:19-CV-161 |
| | § | |
| FEDERAL CROP INSURANCE CORPORATION, *et al*, | § § | |
| | § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 13, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 24. Judge Edison considered the plaintiff's motion for summary judgment (Dkt. 21) and the defendants' cross motion for summary judgment (Dkt. 23). On July 27, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 28) recommending that the plaintiff's motion for summary judgment (Dkt. 21) be granted and the defendants' cross motion for summary judgment (Dkt. 23) be denied.

On August 10, 2020, the defendants filed their objections. Dkt. 29. Accordingly, the court reviews de novo "those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The court has carefully considered the defendants' objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. Accordingly, the court:

(1) approves and adopts Judge Edison's memorandum and recommendation (Dkt. 28) in its entirety as the holding of the court;

(2) grants the plaintiff's motion for summary judgment (Dkt. 21); and

(3) denies the defendants' cross motion for summary judgment (Dkt. 23).

Signed on Galveston Island on this, the 6th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE